1 DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
2 KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
3 GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*gathompson@btlaw.com*
4 **BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
5 Los Angeles, California 90067
Telephone: (310) 284-3880
6 Facsimile: (310) 284-3894

7 Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. (n/k/a MEDICAL
8 DEVICE SERVICES INC.); DEPUY SYNTHES, INC.
(erroneously sued as "DePuy, Inc."); JOHNSON &
9 JOHNSON; JOHNSON & JOHNSON SERVICES, INC.;
JOHNSON & JOHNSON INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IRWIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>DEPUY, INC.; JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON SERVICES,<br>INC.; JOHNSON & JOHNSON<br>INTERNATIONAL,<br><br>　　　　　Defendant(s) | Case No. CV17-05270-HSG<br><br>**ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**<br><br>Complaint Filed: September 12, 2017 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff SUSAN IRWIN and Defendants DEPUY ORTHOPAEDICS, INC. (n/k/a MEDICAL DEVICE SERVICES INC.), DEPUY SYNTHES, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV17-05270-HSG

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2017

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE